UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20mj03600 Becerra

UNITED STATES OF AMERICA

vs.

CHARLES WILKINSON,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __ Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   __ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes  X  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
Alejandra L. López
Assistant United States Attorney
Southern District of Florida
Florida Bar No. 37132
99 Northeast 4th Street, 5th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9241
E-mail: Alejandra.Lopez@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 1:20mj03600 Becerra |
| CHARLES WILKINSON, | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 15, 2019 through September 15, 2020__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |
| 18 U.S.C. § 2422(b) | Enticement of a Minor |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Laura Schwartzenberger, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__ (specify reliable electronic means)

Date: __Sept. 15, 2020__

_____
*Judge's signature*

City and state: __Miami, Florida__   Jacqueline Becerra, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Your Affiant, Laura A. Schwartzenberger, a Special Agent with the Federal Bureau of Investigation ("FBI"), who being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the FBI and have been so employed since 2005. I am currently assigned to the Miami Field Office Innocent Images National Initiative, individuals involved in the online sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including the production, distribution, receipt, and possession of child pornography and sextortion. I received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in several child exploitation investigations and have executed search warrants that have led to seizures of child pornography. Therefore, I am an investigative law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code.

2. The statements contained in this Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials in this investigation. Since this Affidavit is being submitted for the limited purpose of establishing probable cause, it does not contain all of the information known to me and other law enforcement officers involved in this investigation.

3. This Affidavit is submitted in support of a criminal complaint against Charles Wilkinson (hereinafter, "WILKINSON"). As I explain below, I respectfully submit there is probable cause to believe that, on or about May 22, 2020, WILKINSON did knowingly receive child pornography, in violation of Title 18, United States Code, Section 2252(a)(2); that on or

about September 15, 2020, WILKINSON knowingly possessed child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B); and that, from on or about June 15, 2019, through on or about August 27, 2020, WILKINSON enticed a minor, that is, MINOR VICTIM 1, to engage in illegal sexual activity, in violation of Title 18, United States Code, Section 2422(b).

## PROBABLE CAUSE

4. On or about June 18, 2020, local law enforcement advised the FBI Miami Division's Crimes Against Children/Human Trafficking Task Force that an adult male residing in North Miami Beach, Florida, WILKINSON, requested sexually explicit images and videos and engaged in sexual intercourse with a minor female (hereinafter, "MINOR VICTIM 1"), who currently resides in Fort Myers, Florida, in exchange for gifts and money for MINOR VICTIM 1. MINOR VICTIM 1 is currently sixteen years old, and WILKINSON is currently 34 years old. During the course of the investigation, law enforcement conducted interviews with MINOR VICTIM 1. In the interviews, MINOR VICTIM 1 advised that WILKINSON is related to MINOR VICTIM 1 by marriage. MINOR VICTIM 1 has known him since she was approximately five years of age.

## MINOR VICTIM 1'S INTERVIEWS

5. MINOR VICTIM 1 stated that WILKINSON began communicating in-person and touching MINOR VICTIM 1 in a sexual manner starting when MINOR VICTIM 1 was approximately twelve years of age. MINOR VICTIM 1 turned twelve years old in 2016. When MINOR VICTIM 1 was twelve years' old, WILKINSON had sexual intercourse with MINOR VICTIM 1 twice in Fort Myers. Both times, WILKINSON paid MINOR VICTIM 1 for having sex with him. The first time WILKINSON paid MINOR VICTIM 1 $1,000, and the second time he paid her $500 in cash and $500 in gift cards.

2

6. Additionally, when MINOR VICTIM 1 was twelve years' old, MINOR VICTIM 1 created a Facebook account. From approximately 2016, until in or around May 2020 (at which time MINOR VICTIM 1 was fifteen years old), WILKINSON has been communicating in a sexual manner with MINOR VICTIM 1 via Facebook Messenger. WILKINSON began by telling MINOR VICTIM 1 that he was in love with her. He then offered MINOR VICTIM 1 money in exchange for nude images and videos.

7. When MINOR VICTIM 1 was approximately fifteen years old, WILKINSON sent her a photo of his penis via Facebook Messenger. Sometimes MINOR VICTIM 1 would ask WILKINSON for money and, in exchange, she would send him nude images and videos of herself. MINOR VICTIM 1 had a difficult childhood and needed the money for food for herself and her siblings. Throughout the relationship, WILKINSON would send MINOR VICTIM 1 gifts, money, and other items in exchange for nude images and videos from MINOR VICTIM 1.

8. In or around March 2020, WILKINSON paid for MINOR VICTIM 1 to take an Uber from Fort Myers to WILKINSON's residence in North Miami Beach (hereinafter, "WILKINSON Residence"). MINOR VICTIM 1 provided law enforcement with a screenshot photograph of the Uber receipt from the trip.

9. MINOR VICTIM 1 stayed with WILKINSON in his residence for approximately one week. During her week with WILKINSON, MINOR VICTIM 1 slept in the same bed with WILKINSON, but the two did not have sexual intercourse. While she was staying with WILKINSON, WILKINSON gave MINOR VICTIM 1 gift cards in exchange for MINOR VICTIM 1 allowing the WILKINSON to touch MINOR VICTIM 1 on her breasts and butt outside her clothes. On one occasion, WILKINSON also recorded MINOR VICTIM 1 while MINOR VICTIM 1 was getting dressed.

3

10. MINOR VICTIM 1 communicated with WILKINSON over Facebook Messenger. MINOR VICTIM 1 has had four different Facebook accounts which she used to communicate with WILKINSON from the time she was twelve years old, from in or around 2016, until in or around May 2020. MINOR VICTIM 1 provided her cellular telephone to local law enforcement for review. From MINOR VICTIM 1's phone, law enforcement obtained several Facebook Messenger chats between WILKINSON using his Facebook account, and MINOR VICTIM 1's Facebook account, from the cell phone for the time period of on or about April 13, 2020, through on or about May 31, 2020 (the "Facebook Messenger chats").

## THE FACEBOOK MESSENGER CHATS

11. In the Facebook Messenger chats from on or about May 21, 2020, after conversing about other subjects, MINOR VICTIM 1 asked WILKINSON for some AirPods,[1] and then for money and WILKINSON's debit card information. In response, WILKINSON replied that he could not do that but would consider the AirPods. WILKINSON stated that when he got his next paycheck he would send MINOR VICTIM 1 the AirPods and a gift card. Then, after saying "I love you," WILKINSON said, "Now let's see those boobs." MINOR VICTIM 1 replied, "I love you. OK." It is unknown whether MINOR VICTIM 1 complied with this request as there was no image embedded in the chat following the request.

12. The Facebook Messenger chats also revealed a chat from on or about May 22, 2020. In that chat, after some conversation, MINOR VICTIM 1 initially asked WILKINSON for $50, and later $100, to cover a debt MINOR VICTIM 1 had as a result of losing a bet. Upon those

---

[1] AirPods are wireless headphones created and sold by Apple, Inc. AirPods use Bluetooth technology to connect to an Apple device, such as an iPhone cellular telephone, and are used to listen to a variety of media, such as music, videos, and telephone conversations.

4

requests, the following conversation took place:

| | |
|---|---|
| WILKINSON: | I already said I'll see if I can do it babe but you still have to wait until I get paid first. |
| MINOR VICTIM 1: | Ik (sic) |
| WILKINSON: | Kiss |
| MINOR VICTIM 1: | Kissses |
| WILKINSON: | Maybe you can send me some nudes I miss you |
| MINOR VICTIM 1: | I for sure will |
| WILKINSON: | And I have a hard on right now and I already came like four times today |
| MINOR VICTIM 1: | I put u thru too much bc I'm so stupid |

MINOR VICTIM 1 then sent an image of a vagina. MINOR VICTIM 1 later advised law enforcement that the image was a picture that MINOR VICTIM 1 took of her vagina and sent to WILKINSON.

13. The Facebook Messenger chats also revealed a chat from on or about May 29, 2020. In that chat, following some conversation, WILKINSON asked MINOR VICTIM 1 about the bet mentioned in Paragraph 12. WILKINSON also told MINOR VICTIM 1, "It's OK I'm a little bit jealous but I'm OK I love you more than anything babe. Just don't cheat on me that would piss me off. With guys. You can date all the girls you want (devil emoji[2]) When you come over to see me you can take care of my cock LOL that will be my birthday gift (devil emoji) And you know I'll take care of you too (hearts and heart face emojis)." I know from my training and experience, that the word "cock" is a slang term for a penis.

14. On or about July 20, 2020, law enforcement served search warrants on Facebook for both WILKINSON and MINOR VICTIM 1's Facebook accounts.

---

[2] An emoji is a media graphic, usually of objects or of a face engaged in a facial expression, which can be used as a substitute for a word or phrase in a text conversation. Emojis are often used to illustrate an emotion. In this case, the devil emoji shows a face with horns on top engaged in a mischievous smirk.

5

## THE FACEBOOK RECORDS

15.     The records for WILKINSON and MINOR VICTIM 1's Facebook Accounts revealed the same Facebook Messenger chats previously mentioned that were obtained from the cell phone belonging to MINOR VICTIM 1, and numerous additional Facebook Messenger chats between WILKINSON and MINOR VICTIM 1. In these additional chats, WILKINSON expresses his love for MINOR VICTIM 1; discusses what WILKINSON would like to occur in his sexual activities with MINOR VICTIM 1; and occasionally asks MINOR VICTIM 1 for nude pictures and videos. In some of the chats, the Facebook records also revealed MINOR VICTIM 1 asking WILKINSON for money in exchange for the nude pictures and videos.

16.     For example, on or about June 15, 2019, the Facebook records revealed a chat where WILKINSON discusses wanting to be in a relationship with MINOR VICTIM 1 and another girl. In the course of chat, WILKINSON first sent MINOR VICTIM 1 two pictures of a nude adult female, one of which is focused on the female's vagina. WILKINSON then asked MINOR VICTIM 1 if she wanted the female depicted in those photographs. MINOR VICTIM 1 replied, "Yes." WILKINSON then sent MINOR VICTIM 1 a picture of a clothed female and stated, "How about something like this." When MINOR VICTIM 1 responded "Yes," WILKINSON stated how he knew the adult female. Then WILKINSON then sent MINOR VICTIM 1 another clothed picture of the same girl, which appears to be a selfie[3] taken by the girl, and WILKINSON told MINOR VICTIM 1 that the female depicted was fourteen years old.

17.     In another chat, on or about August 2, 2019, WILKINSON and MINOR VICTIM 1 discussed WILKINSON meeting another female, who appeared to be an adult. WILKINSON

---

[3] A "selfie" is a photograph taken by one of the persons depicted in the photograph.

6

asked MINOR VICTIM 1 if she would be jealous if WILKINSON got the other female pregnant. Below is the conversation that follows:

| | |
|---|---|
| MINOR VICTIM 1: | No but I want to meet the kid |
| WILKINSON: | Do you want to meet my future kid are you gonna try to sleep with him |
| MINOR VICTIM 1: | Noooo |
| MINOR VICTIM 1: | I would be like 16 years older than him or her |
| WILKINSON: | Come down plus I wouldn't care fucking's fucking |
| WILKINSON: | Plus Thanks I fuck to you when you were 12 |
| MINOR VICTIM 1: | Yup |

18. On or about January 6, 2020, the Facebook records revealed another chat between WILKINSON and MINOR VICTIM 1 where they discussed MINOR VICTIM 1 visiting WILKINSON during MINOR VICTIM 1's spring break. In the chat, MINOR VICTIM 1 told WILKINSON that she wanted to take an Uber to his residence, and WILKINSON advised that the cost of the Uber trip would be approximately $180. Additionally, MINOR VICTIM 1 asked WILKINSON for his address. In response, the WILKINSON sent MINOR VICTIM 1 a "marked location"[4] and a picture for the address of the WILKINSON Residence.

## THE SEARCH OF THE WILKINSON RESIDENCE

19. On or about September 15, 2020, law enforcement executed a search warrant on WILKINSON's residence. During the search, an Apple iPhone was located in WILKINSON's bedroom. The Apple iPhone was seized and reviewed by law enforcement. Numerous images and videos of MINOR VICTIM 1 were located on the iPhone. The following is a sample of some of the images of MINOR VICTIM 1 located on the phone in the Photos application:

---

[4] A "marked location" is a specific location that a user marks on a map application used on cellular telephones. Once the user marks the location, they can share that location (include a map of the location) with another cellular telephone user through chats, text messages, or other cellular telephone applications.

7

   a. A series of the following pictures from on or about August 7, 2020: (1) a picture graphically displaying a vagina with the timestamp of 11:00 a.m.; (2) a picture of MINOR VICTIM 1's face with the timestamp 11:01 a.m.; (3) a picture graphically displaying a vagina with the timestamp 11:03 a.m.; (4) and a picture of a hand masturbating a vagina with the timestamp 11:03 a.m.

   b. An image of MINOR VICTIM 1's face and nude breasts from on or about August 21, 2020 with the timestamp 3:07 a.m.

   c. Three mirror-image selfies pictures of MINOR VICTIM 1 from on or about August 27, 2020 with the timestamp of 4:37 p.m.: (a) one photograph of a side view of the VICTIM, and (2) two photographs of MINOR VICTIM 1 facing forward.

Numerous Cash App[5] application transactions to MINOR VICTIM 1 were also located on WILKINSON's phone.

20. During a post-*Miranda* interview with law enforcement, WILKINSON admitted to engaging in chats of a sexual nature with MINOR VICTIM 1 via Facebook Messenger. He admitted that MINOR VICTIM 1 sent him nude images and videos, and he admitted to giving MINOR VICTIM 1 money via Cash App and sending MINOR VICTIM 1 gift cards so MINOR VICTIM 1 could buy shoes and other items. WILKINSON explained that he wanted to help MINOR VICTIM 1 financially because of MINOR VICTIM 1's difficult family situation and financial hardships.

21. WILKINSON further stated that he really likes MINOR VICTIM 1 and wants to be in a romantic relationship with her when she turns eighteen years old. However, WILKINSON denied ever touching MINOR VICTIM 1 in a sexual manner. WILKINSON admitted that MINOR VICTIM 1 visited him during spring break of 2020, but advised that the two slept in separate bedrooms. WILKINSON stated the purpose of MINOR VICTIM 1's visit was so she could see

---

[5] Cash App (formerly known as Square Cash) is a mobile payment service developed by Square, Inc., which allows users to transfer money to one another using a mobile phone application.

Florida International University, where she hopes to attend one day. WILKINSON also admitted that he took MINOR VICTIM 1 to the mall and gave her some money to spend there.

## CONCLUSION

22. Based on the foregoing, I respectfully submit that there is probable cause to believe that, on or about May 22, 2020, WILKINSON did knowingly receive child pornography, in violation of Title 18, United States Code, Section 2252(a)(2); that on or about September 15, 2020, WILKINSON knowingly possessed child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B); and that, from on or about June 15, 2019, through on or about August 27, 2020, WILKINSON enticed a minor, that is, MINOR VICTIM 1, to engage in illegal sexual activity, in violation of Title 18, United States Code, Section 2422(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

*Laura A. Schwartzenberger*
Special Agent, Federal Bureau of Investigation

Sworn and subscribed before me in accordance
with the requirements of Fed. R. Crim. P. 4.1
by Telephone this ___15___day of September, 2020,
in Miami, Florida.

_____
HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

9

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: __1:20mj03600 Becerra__

## BOND RECOMMENDATION

DEFENDANT: __CHARLES WILKINSON__

__Pre-Trial Detention__
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Alejandra L. Lopez

Last Known Address: _____

_____

What Facility: _____

_____

Agent(s): __FBI SA Laura Schwartzenberger__
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (__OTHER__)